UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHAUNCEY PHILLIPS,

    Plaintiff,

v.

UNKNOWN PART(Y)(IES),

    Defendant.

_____/

Hon. Ray Kent

Case No. 1:22-cv-1043

## CONDITIONAL ORDER STRIKING PLEADING OR OTHER PAPER

Chauncey Phillips has submitted the following unsigned document, in violation of Fed. R. Civ. P. 11(a):

Complaint – ECF No. 1

This document will be deemed automatically stricken from the record, without the necessity of a further order of court, unless Chauncey Phillips files a signature page (attached) within 21 days of the date of this order.

    IT IS SO ORDERED

Date:  November 9, 2022
pjw

      /s/ Ray Kent
RAY KENT
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHAUNCEY PHILLIPS,

    Plaintiff,

v.

UNKNOWN PART(Y)(IES),

    Defendant.

_____/

Hon. Ray Kent

Case No. 1:22-cv-1043

**SIGNATURE PAGE FOR:**

Complaint – ECF No. 1

The foregoing document is hereby signed and certified pursuant to Fed. R. Civ. P. 11(a).

_____

YOU MUST SIGN THIS SIGNATURE PAGE AND RETURN IT TO THE CLERK'S OFFICE AS REQUIRED BY THE ATTACHED ORDER.